UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:92-CR-00026-BR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GEORGE DONALD GREENE JR. | ) | |

This matter is before the motion on defendant's *pro se* motion to expunge his conviction in this court pursuant to the Fresh Start Act of 2011, H.R. 2449, 112th Cong. (2011), and N.C. Gen. Stat. § 15A-145.5 (2012). Congress has not yet enacted H.R. 2449, and therefore, the court may not apply it to defendant's case. While North Carolina law does permit expunction of certain nonviolent misdemeanors and felonies, that law applies only to convictions in North Carolina state court. See N.C. Gen. Stat. § 15A-145.5(a) (outlining North Carolina misdemeanors and felonies to which the statute applies). As noted, defendant was convicted in this court– a *federal* court. Section 15A-145.5 does not apply to defendant's federal conviction. The motion is DENIED.

This 16 January 2013.

W. Earl Britt
Senior U.S. District Judge